**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TODD CHRISTOPHER FASON**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:10cv01365 BSM/JTK**

**BOBBY BROWN, et al.**                                                                    **DEFENDANTS**

**ORDER**

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Brown is DISMISSED from this action, for failure to state a claim.

2. Plaintiff's First Amendment denial of access to the courts claim is DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 7th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE