## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TODD CHRISTOPHER FASON,
ADC #148976                                                                                    PLAINTIFF

v.                                    4:10-cv-01365-BSM-JTK

BOBBY BROWN, et al.                                                                  DEFENDANTS

### ORDER

    The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the Pre-Jury Evidentiary Hearing scheduled in this matter at 1:30 p.m., September 13, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas, together with a copy of Plaintiff's medical records and institutional file.

    The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

    IT IS SO ORDERED this 30th day of August, 2011.

                                                                                                              JEROME T. KEARNEY
                                                                                              UNITED STATES MAGISTRATE JUDGE