**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TODD CHRISTOPHER FASON,                                                                        PLAINTIFF
ADC #148976

v.                                          4:10-cv-01365-BSM-JTK

BOBBY BROWN, et al.                                                                              DEFENDANTS

**ORDER**

This case was scheduled for a Pre-Jury Evidentiary Hearing on September 13, 2011 (Doc. No. 24). On the date of the hearing, Plaintiff appeared and stated that he had retained an attorney to represent him, but the attorney was not present. The Court then continued the hearing and provided Plaintiff with thirty days in which to meet with his attorney and have the attorney enter his appearance on the record (Doc. No. 28). As of this date, no attorney has entered an appearance on behalf of the Plaintiff. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify the Court, within ten days of the date of this Order, whether he has retained an attorney or whether he will continue prosecuting this case, pro se. After ten days, the case will be re-set for a hearing. Failure to respond to this Order may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE